# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0181. BENNETT v. THE STATE.**

The Supreme Court of Georgia has exclusive jurisdiction over "all cases in which the constitutionality of a law . . . has been drawn in question." Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1). See *Gearin v. State*, 269 Ga. App. 187, 189 (3) (603 SE2d 709) (2004) (court of appeals lacks jurisdiction to address constitutional challenge to statute). In this case, the appellant challenges the constitutionality of OCGA § 42-8-65 (c). Accordingly, "it is ordered that this case be transferred to the Supreme Court since it is one in which the constitutionality of a law has been drawn into question. [Cit.]" *Shessel v. Stroup*, 169 Ga. App. 472, 473 (313 SE2d 747) (1984).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*